UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Shateek Andrews,

    Plaintiff(s),

-against-

United States of America,

    Defendant(s).
------------------------------x

16CV4846 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3-2-2020

LORETTA A. PRESKA, Senior United States District Judge:

  Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*
_____
LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 2, 2020

New York, New York